UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INFINITE MASTER MAGNETIC, "physically held as" Jesse Jerome Pointer,<br><br>                           Plaintiff,<br>v.<br>JUDGE TOGGLIOTI, et al.,<br><br>                           Defendants. | Case No. 2:16-cv-00638-JCM-PAL<br><br>**ORDER** |

This matter is before the Court on the initiating documents filed by Plaintiff Infinite Master Magnetic, "physically held as" Jesse Jerome Pointer, on March 3, 2016. The initiating documents are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9 of the Local Rules of Practice.

Magnetic/Pointer is proceeding in this action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. He submitted a Complaint (Dkt. #1-1) as part of his initiating documents, but did not pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). It appears he was in custody in the Clark County Detention Center when he initially filed his papers, but recently filed a notice of change of address (Dkt #2). In order to proceed in this action without paying the standard filing fee, 28 U.S.C. § 1915 and LSR 1-1 require litigants to complete an IFP application and submit the form to the Court.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall retain Plaintiff's Complaint (Dkt. #1-1).
2. The Clerk of the Court shall mail Plaintiff a blank Application to Proceed *in Forma Pauperis* form for non-incarcerated litigants along with instructions for completing the form.

1

3. Plaintiff shall have until **April 29, 2016**, to file the Application to Proceed *in Forma Pauperis*.

4. Alternatively, Plaintiff shall pay the filing fee of four hundred dollars ($400.00), accompanied by a copy of this Order, on or before **April 29, 2016**.

5. Plaintiff's failure to comply with this Order by (a) submitting an Application to Proceed *In Forma Pauperis*, or (b) paying the $400 filing fee before the **April 29, 2016** deadline will result in a recommendation to the district judge that this case be dismissed.

Dated this 30th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2